AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  26-CV-24980 BLOOM |
| SIDIQ N. ALDABBAGH, MD, and SIDIQ N. ALDABBAGH MD PA, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sidiq N. Aldabbagh, MD PA
c/o Registered Agent: Sidiq N. Aldabbagh
8600 SW 92nd Street, Suite 103
Miami, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Eric D. Isicoff
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        07/23/2026

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC., | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| SIDIQ N. ALDABBAGH, MD, and SIDIQ N. ALDABBAGH MD PA, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  26-CV-24980 BLOOM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sidiq N. Aldabbagh, MD
8600 SW 92nd Street, Suite 103
Miami, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric D. Isicoff
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  _____07/23/2026_____

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
_____
Deputy Clerk
U.S. District Courts